UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING CORPORATION,

CIVIL NO. 00-824 (DSD)

Plaintiff,

v.

ORDER OF RECUSAL

GENERAL MORTGAGE CORPORATION,
JOSEPH SHALLA and KRISTOPHER DREYER,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: April 6, 2000

JOHN M. MASON
United States Magistrate Judge

Filed APR 06 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Case reassigned to Magistrate Judge Franklin L. Noel

NEW CASE NUMBER 00-824 DSD/FLN

Use this case number for all further filings.